DWIGHT M. SAMUEL (CA BAR# 054486)
LAW OFFICE OF DWIGHT M. SAMUEL
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DELFINO VILLEGAS MERLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELFINO VILLEGAS MERLOS<br><br>Defendants. | No. 2:13-cr-00305-MCE<br><br>STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Christiaan Highsmith, and defendants DELFINO VILLEGAS MERLOS, ARTURO DUARTE-GUTIERREZ by and through their counsel, Dwight Samuel and Olaf William Hedberg, that the previously scheduled status conference date of February 6, 2014, be vacated and the matter set for status conference on March 6, 2014.

The reason for this request is that it is anticipated that additional discovery will be provided to counsel. Counsel needs additional time to conduct investigation, obtain prior criminal record, review discovery, and/or engage in other defense preparation. In addition counsel is engaged in significant plea negotiations.

1

The parties further agree and stipulate that the time period from the filing of this stipulation until March 6, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: February 4, 2014　　　　　　　　　　　By:　　　　/s/ *Dwight M. Samuel*
　　　　　　　　　　　　　　　　　　　　　　　　　　DWIGHT M. SAMUEL
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　DELFINO VILLEGAS MERLOS

DATED: February 4, 2014　　　　　　　　　　　　　　/s/ Olaf Hedberg
　　　　　　　　　　　　　　　　　　　　　　　　　　OLAF HEADBERG
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Arturo Duarte-Gutierrez

DATED: February 4, 2014　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Christiaan Highsmith
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 6, 2014, to and including March 6, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the October 8, 2013, status conference shall be continued to December 3, 2013, at 9:45 a.m.

IT IS SO ORDERED.

Dated: February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT