DWIGHT M. SAMUEL (CA BAR# 054486)
LAW OFFICE OF DWIGHT M. SAMUEL
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DELFINO VILLEGAS MERLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DELFINO VILLEGAS MERLOS<br><br>　　　　　Defendant. | No.　2:13-cr-00305-MCE-2<br><br>STIPULATION AND ORDER |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Christiaan Highsmith, and defendants DELFINO VILLEGAS MERLOS, by and through their counsel, Dwight Samuel, that the previously scheduled status conference date of April 3, 2014, be vacated and the matter set for status conference on May 22, 2014.

　　　The reason for this request is that Counsel needs additional time to conduct investigation, obtain prior criminal record, review discovery, and/or engage in other defense preparation. In

1

addition counsel is continuing to engaged in significant plea negotiations. The terms of which are still being discussed.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 22, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: March 25, 2014            By:     /s/ *Dwight M. Samuel*
                                                               DWIGHT M. SAMUEL
                                                               Attorney for Defendant
                                                               DELFINO VILLEGAS MERLOS

DATED: March 25,, 2014                      /s/
                                                               Christiaan Highsmith
                                                               Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 25, 2014, to and including May 22, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare) with respect to Defendant Delfino Villegas-Merlos. It is further ordered that the April 3, 2014, status conference shall be continued to May 22, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT