HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DELFINO VILLEGAS-MERLOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELFINO VILLEGAS-MERLOS,<br><br>Defendant. | No. Cr. S 13-305 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, DELFINO VILLEGAS-MERLOS, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 14, 2014, this Court sentenced Mr. Villegas-Merlos to a term of 40 months imprisonment;

3. His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months. He received a reduction from the low-end of the guideline range pursuant to a government motion;

4. The sentencing range applicable to Mr. Villegas-Merlos was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Villegas-Merlos' total offense level has been reduced from 27 to 25, and his amended guideline range is 57 to 71 months. A reduction comparable to the one he received initially yields a sentence of 32 months.

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Villegas-Merlos' term of imprisonment to a total term of 32 months.

Respectfully submitted,

Dated: September 16, 2015

BENJAMIN B. WAGNER
United States Attorney


/s/*Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: September 16, 2015

HEATHER E. WILLIAMS
Federal Defender


/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
DELFINO VILLEGAS-MERLOS

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Villegas-Merlos is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months. A reduction comparable to the one he received initially yields a sentence of 32 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2014 is reduced to a term of 32 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Villegas-Merlos shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT