# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA </br> v. </br> DELFINO VILLEGAS-MERLOS </br> Date of Original Judgment: 08/20/2014 </br> Date of Previous Amended Judgment: _____ </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) Case No: 2:13CR00305-02-MCE </br> ) </br> ) USM No: 70604-097 </br> ) </br> ) Hannah R. Labaree, Assistant Federal Defender </br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 40 months **is reduced to** 32 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/14/2014 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 09/21/2015

*Judge's signature*

Effective Date: 11/1/2015

MORRISON C. ENGLAND, JR. </br> CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*  *Printed name and title*